# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEANGELO SANDERS,** | : | **CIVIL ACTION NO.: 21-1940** |
| *Plaintiff* | : | Magistrate Judge Joseph F. Saporito, Jr |
| | : | |
| v. | : | |
| | : | |
| **TRUE VALUE COMPANY, LLC,** | : | **JURY TRIAL DEMANDED** |
| *Defendant* | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DeAngelo Sanders, by and through his undersigned counsel, hereby discontinues this action against Defendant True Value Company, LLC**, With Prejudice**, and without costs to either party.

SIDNEY L. GOLD & ASSOC., P.C.

*/s/Traci M. Greenberg, Esquire*
_____
TRACI M. GREENBERG, ESQUIRE
I.D. No.: 86396
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
tgreenberg@discrimlaw.net
Attorney for Plaintiff

DATED: 01/13/2022